DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
T 972-578-1400
F 972-346-6791

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**RYAN DEAN SAMUEL**<br>XXX-XX-0813<br>1600 Mapleleaf Drive<br>Wylie, TX 75098<br><br>**CHRISTY LYNN SAMUEL**<br>XXX-XX-9662<br>1600 Mapleleaf Drive<br>Wylie, TX 75098<br><br>Debtor(s). | Case No.:    16-40099<br><br>Chapter:    13 |

## AMENDED CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the following pleading(s)

1. Amended Chapter 13 Plan

and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 21ST day of January, 2016. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

**DEBTOR**

Ryan Dean Samuel
1600 Mapleleaf Drive
Wylie, TX 75098

Christy Lynn Samuel
1600 Mapleleaf Drive
Wylie, TX 75098

**TRUSTEE**

Office of the United States Trustee
110 N. College Avenue
Suite 300
Tyler, TX 75702
FAX: 903-590-1461

Carey D. Ebert
Standing Chapter 13 Trustee
P.O. Box 941166
Plano, TX 75094-1166

**PARTIES IN INTEREST / REQUESTING NOTICE**

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T        972-578-1400
F        972-346-6791

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 16-40099<br>Eastern District of Texas<br>Sherman<br>Wed Jan 20 14:36:18 CST 2016 | Attorney General of Texas<br>Bankruptcy Reporting Contact<br>OAG/CSD/Mail Code 38<br>P.O. Box 12017<br>Austin, TX 78711-2017 | Attorney General of Texas<br>Taxation Division - Bankruptcy<br>Box 12548 Capitol Station<br>Austin, TX 78711-2548 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Customer Service<br>P.O. Box 24696<br>Columbus, OH 43224-0696 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Christine Schraeder<br>4720 Prescott Dr.<br>Flower Mound, TX 75028-2034 | Codilis & Stawiarski<br>650 North Sam Houston Parkway E.<br>Suite 450<br>Houston, TX 77060-5908 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Robert T. DeMarco<br>DeMarco-Mitchell, PLLC<br>1255 West 15th St., 805<br>Plano, TX 75075-7225 | DeMarco Mitchell, PLLC<br>1255 West 15th St., 805<br>Plano, TX 75075-7225 |
| Ford Motor Credit<br>c/o Correspondence<br>PO Box 542000<br>Omaha, NE 68154-8000 | GM Financial<br>PO Box 183853<br>Arlington, TX 76096-3853 | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 |
| Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - ED<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Merrick Bank<br>PO Box 1500<br>Draper, UT 84020-1500 |
| Merrick Bank<br>PO Box 660880<br>Dallas, TX 75266-0880 | Paypal Credit<br>PO Box 5018<br>Timonium, MD 21094-5018 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RS Clark & Associates<br>12990 Pandora, Ste. 150<br>Dallas, TX 75238-5256 | SYNCB/ JC Penney<br>PO Box 965007<br>Orlando, FL 32896-5007 | SYNCB/Rooms to Go<br>C/O Po Box 965036<br>Orlando, FL: 32896-5036 |
| Christy Lynn Samuel<br>1600 Mapleleaf Dr.<br>Wylie, TX 75098-8164 | Ryan Dean Samuel<br>1600 Mapleleaf Dr.<br>Wylie, TX 75098-8164 | Second Round LP<br>4150 Freidrich Lane, Ste. 1<br>Austin, TX 78744-1052 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | Texas Child Support Disbursement Unit<br>PO Box 659791<br>San Antonio, TX 78265-9791 |

| | | |
|---|---|---|
| Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Street<br>Austin, TX 78778-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 | Wells Fargo Dealer Services<br>Attn: Correspondence-MAC T9017-026<br>P.O. Box 168048<br>Irving, TX 75016-8048 |
| Wried Boats & Storage<br>3855 Osage Lane<br>Wylie, TX 75098-8807 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36