UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

In re:                                                                                    Bankr. Case No. 16-40099-13

CHRISTY L. SAMUEL and RYAN D. SAMUEL                                                      Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 2, 2016 :

ROBERT T DEMARCO
1255 W 15TH ST
PLANO, TX  75075

Carey Dalton Ebert
1726 Chadwick Court
Suite 100
Hurst, TX 76054

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx19747 / 726648