THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RYAN DEAN SAMUEL | § | CASE NO. 16-40099-R |
| XXX-XX-0813 | § | |
| 1600 MAPLELEAF DRIVE | § | CHAPTER 13 |
| WYLIE, TX  75098 | § | |
| | § | |
| CHRISTY LYNN SAMUEL | § | |
| XXX-XX-9662 | § | |
| | § | |
| DEBTORS | § | |

<u>TRUSTEE'S REPORT FOR CONFIRMATION AND WITNESS AND EXHIBIT LIST</u>

**TRUSTEE'S REPORT FOR CONFIRMATION**

Attorney for Debtors: DEMARCO-MITCHELL, PLLC        Trustee: CAREY D. EBERT, CHAPTER

Plan filed on:  January 20, 2016

I.  Budget Information

    A.  Monthly income:

| | | |
|---|---|---:|
| Debtor | $ | 3,951.42 |
| Joint Debtor | $ | 5,148.44 |
| Other | $ | 2,907.00 |
| Total | $ | 12,006.86 |
| Expenses | $ | 9,401.79 |
| Difference | $ | 2,605.07 |

    B.  Monthly plan payments                                                                                                        *

        $2,000.00    for 60 months =          $       120,000.00

II.  Analysis of Plan

    A.  Monthly plan payment                                                                                                         *
    B.  Plan duration in months                                                                                                   60
    C.  Total to be paid into plan                                                       $       120,000.00
    D.  Administrative allowance (10% of total to be paid into plan)     $         12,000.00
    E.  Net available to creditors                                                         $       108,000.00

The Plan proposes the following treatment of the listed claims:

| Creditor | Proposed Principal Amount | Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|
| PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS: | | | | | |
| DEMARCO-MITCHELL, PLLC  DEBTOR ATTORNEY | $ 3,500.00 | 0.00 | FIRST FUNDS | $ 0.00 | $ 3,500.00 |
| CHRISTINE SCHRAEDER  DOMESTIC SUPPORT OBLIGATION (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| INTERNAL REVENUE SERVICE - ED  2006, 2010 TAXES | 51,660.91 | 0.00 | | $0.00 | 51,660.91 |
| TOTAL PAID TO PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS | | | | | $55,160.91 |
| SECURED CLAIMS: | | | | | |
| CHASE  MORTGAGE ARREARS | 30,257.47 | 4.13 | 1-49 | pro rata | 32,987.41 |
| WRIED BOATS & STORAGE  BOAT STORAGE CONTRACT (Assume lease) | 0.00 | 0.00 | | $0.00 | 0.00 |
| CHASE  HOMESTEAD (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| GM FINANCIAL  2013 FORD EXPLORER (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| MERRICK BANK  1999 BOSS 210 BOAT (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES  2011 FORD F150 LARIET (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| TOTAL PAID TO SECURED CLAIMS | | | | | $32,987.41 |
| TOTAL PAID TO PRIORITY, SPECIALLY CLASSIFIED UNSECURED AND SECURED CLAIMS | | | | | $88,148.32 |
| AMOUNT AVAILABLE TO UNSECURED CLAIMS | | | | | $19,851.68 |
| PROJECTED DISPOSABLE INCOME AMOUNT UNDER 11 USC §1325(b) | | | | | $58,483.20 |

The Trustee objects to confirmation on the following grounds:

- It does not appear that the Debtors have dedicated all projected disposable income to the proposed plan as required by 11 USC §1325(b)(1)(B).
- The plan has not been proposed in good faith.  The plan proposes to pay for luxury items: boat and storage
- The Debtors have failed to amend Schedule J to reduce medical expenses
- The Debtors have not filed the following tax returns in violation of 11 USC §1325(a)(9): 2012-2015
- The Debtors have not tendered to the Chapter 13 Trustee the following documents:
  - Affidavit that the following tax returns were filed: 2012-2015; or alternatively, an affidavit that the tax returns were not required to be filed for those years.
  - Current declaration regarding status of post-petition obligations.  (TXEB Local Form 3015-c)
- The Debtors propose to extend the plan term to 60 months without cause.

## WITNESS AND EXHIBIT LIST

The Trustee reserves the right to call as a witness any or all of the following listed persons in relation to confirmation:

1. Carey D. Ebert, Chapter 13 Trustee
2. Shelly Terrill
3. Debtors
4. Any witness designated by other party

The Trustee reserves the right to introduce into evidence any or all of the following:

1. Copy of the Trustee's Confirmation Report, Witness and Exhibit List
2. Copies of any schedules or pleadings as filed herein by the Debtors or any other party
3. Copies of any Proof of Claim as filed herein by any creditor or other party
4. Copies of any Chapter 13 Plan and amendments thereof filed herein by the Debtors
5. Copy of the latest computer printout from the Trustee's office representing the Chapter 13 Plan payments received by the Trustee from the Debtors
6. If the Debtors are self-employed, the Debtors' monthly operating reports or profit and loss statements provided to the Trustee
7. Copies of the Debtors' prior years' tax returns as provided to the Trustee
8. Copy of Required Amendments sheet from the §341 Meeting of Creditors
9. Copy of any other document produced by the Debtors at the §341 Meeting of Creditors, or subsequently produced by the Debtors to the Trustee
10. Copy of the current issue of the Dallas/Fort Worth Metroplex Apartment Guide and/or copies of current reports from www.apartmentratings.com
11. Reports from news media sources for the DFW Metroplex
12. Copies of any other exhibits designated by any other party

Copies of these exhibits will be provided by the Trustee upon request by any party.

          Respectfully submitted,

          /s/ Shelly Terrill
          Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
          Shelly Terrill, TBN 00794788
          Office of the Standing Chapter 13 Trustee
          500 North Central Expressway, Suite 350
          Plano, Texas  75074

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Trustee's Report for Confirmation and Witness and Exhibit List has been served upon the following parties in interest on the date set forth below by either electronic service or mailing a copy of same to them via first class mail.

| | |
|---|---|
| RYAN DEAN SAMUEL<br>CHRISTY LYNN SAMUEL<br>1600 MAPLELEAF DRIVE<br>WYLIE, TX  75098 | DEMARCO-MITCHELL, PLLC<br>1255 WEST 15TH STREET<br>SUITE 805<br>PLANO, TX  75075 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>1919 S. SHILOH RD, SUITE 310, LB40<br>GARLAND, TX  75042 | MANDY YOUNGBLOOD<br>PO BOX 183853<br>ARLINGTON, TX  76096 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2777 NORTH STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX  75207 | |

Dated: <u>March 16, 2016</u>    <u>/s/ Shelly Terrill</u>
Office of the Standing Chapter 13 Trustee